IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:17-cv-01057 |
| ) | |
| ) | JUDGE JAMES G. CARR |
| ) | |
| Plaintiff, ) | MAGISTRATE JUDGE |
| ) | KATHLEEN B. BURKE |
| v. ) | |
| ) | |
| $484,004.36 SEIZED FROM PNC ) | **REPORT & RECOMMENDATION** |
| BANK ACCOUNT #XX-XXXX-9528 ) | |
| IN THE NAME OF STELLA ) | |
| BERTZ MEMORIAL CHEERLEADING ) | |
| ASSOCIATION dba ) | |
| CHEER FOR A CURE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

On July 11, 2017, upon joint motion to stay proceedings, effective August 15, 2017, the proceedings in this case were stayed until the related criminal investigation and anticipated criminal case were completed, or upon further order of this Court.  Doc. 71.

On November 23, 2020, this case was reassigned to the undersigned pursuant to General Order 2020-26 and Local Rule 72.2.  Pending before this Court is the United States of America's May 19, 2021, Motion to Dismiss this civil forfeiture action pursuant to Fed. R. Civ. P. 41(1)(2). Doc. 82 ("Plaintiff's Motion").

Plaintiff's Motion seeks dismissal of this action, stating that "[t]he defendant properties in this case will be disposed of in the following [Northern District of Ohio] pending Criminal Cases": *U.S. v. Matthew Maluchnik*, 3:20-cr-00451; *U.S. v. Loni Peace*, 3:21-cr-00011; and *U.S.*

*v. Kevin Clay*, 3:21-cr-00205.[1]  Doc. 82, pp. 1-4 (detailing defendant properties to be disposed of in the criminal proceedings).  Plaintiff's Motion is unopposed.

Upon consideration of Plaintiff's unopposed motion, the undersigned finds that dismissal of this action without prejudice is appropriate.  Accordingly, the undersigned recommends that the Court enter an order of dismissal without prejudice.


Dated: June 21, 2021               /s/ Kathleen B. Burke
                                   Kathleen B. Burke
                                   United States Magistrate Judge


**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

---

[1] Plaintiff indicates that the only other remaining defendant property (not being disposed of as part of the stated criminal proceedings) was disposed of by Order of Forfeiture in this case.  Doc. 82, p. 4 (referencing Doc. 74).