# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,

       Plaintiff

       v.

$484,004.36 seized from PNC Bank
account #XX-XXXX-9528 in the name
of Stella Bertz Memorial Cheerleading
Association, *et al.*,

       Defendants.

Case No. 3:17-cv-01057-JGC

**ORDER**

Plaintiff has filed a motion to dismiss its civil forfeiture action against defendants. Defendants do not oppose the motion.

I referred the case to a Magistrate Judge, and she filed a Report & Recommendation (Doc. 83), recommending that I dismiss the case without prejudice. In the Report & Recommendation, the Magistrate Judge has duly notified defendants of the deadline for filing objections. Defendants have not filed any objections.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 83) be, and the same hereby is, adopted as the order of this court, and the action be, and the same hereby is, dismissed, without prejudice.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge